3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

APR 13 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RUFINO SALINAS MESTIZA, § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. MISC. B-99-014 |
| § | |
| GARY JOHNSON, ET AL. § | |
| Respondents. § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Rufino Salinas Mestiza ("Mestiza") has filed an Application to Proceed Without Prepayment of Fees and Affidavit (Docket No. 1) on AO Form 240. For the reason's set forth below, and pursuant to the provisions of 28 U.S.C. § 1915A (b), it is recommended that this case be dismissed.

### MESTIZA'S CLAIMS

In the Petition for Declaratory Judgment and Writ of Habeas Corpus attached to his Application to Proceed Without Prepayment of Fees, Mestiza argues that his conviction for murder in Cameron County, Texas, and confinement for forty years was the result of unspecified violations of the United States Constitution. Mestiza's conviction was affirmed, *sub nom. Mestiza v. State of Texas*, 923 S.W.2d 720 (Tex. App.-Corpus Christi 1996). He has exhausted his state habeas remedies.

### RECOMMENDATION

This is the kind of case 28 U.S.C. § 1915A was designed to address. Mestiza makes no specific claim of any constitutional violation. He has attached a complete set of his State Court

Records to his Application. He is "Hoist with his own petar[1]." Due process drips from his file. His claims are clearly frivolous. Accordingly, they should be dismissed pursuant to 28 U.S.C. §1915A(b)(1). *Casiano v. United States*, 953 F.Supp. 158, 162 (S.D. Tex. 1997).

IT IS THEREFORE **RECOMMENDED** that Rufino Salinas Mestiza's Application to Proceed in Forma Pauperis be **DENIED** and his case be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 12th day of April, 1999.

John Wm. Black
United States Magistrate Judge

---

[1] William Shakespeare, "Hamlet, Prince of Denmark," Act III, Scene IV, Line 206.