5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

MAY 12 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RUFINO SALINAS MESTIZA, | § | |
| Petitioner | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. MISC. B-99-014 |
| | § | |
| GARY JOHNSON, ET AL., | § | |
| Respondents | § | |

### ORDER

Petitioner, Rufino Salinas Mestiza ("Mestiza") has filed his Objections to the Magistrate Judge's Findings, Conclusions and Recommendations of April 12, 1999. (Docket No. 4). This Court construes Mestiza's Objections with the deference to which *pro se* litigants are entitled and interprets his Objections as an Amended Petition for Declaratory Judgment and Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ORDERED to file a response by July 12, 1999.

DONE at Brownsville, Texas, this 10TH day of MAY, 1999.

John Wm. Black
United States Magistrate Judge